# RUSSELL *v.* ROBERTSON.

PATENTS; INTERFERENCE.

A decision of the Commissioner of Patents in an interference proceeding upon an issue of fact involving the question of originality was *reversed.*

No. 1191.   Patent Appeals.   Submitted March 10, 1919.   Decided March 31, 1919.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference proceeding.            *Reversed.*

The facts are stated in the opinion.

*Mr. E. C. Seward* for the appellant.

*Mr. C. L. Sturtevant* and *Mr. E. G. Mason* for the appellee.

PER CURIAM: This appeal is from the decision of the Commissioner of Patents awarding priority of invention to appellee, Hugh H. Robertson. The Examiner of Interferences and the Board of Examiners-in-Chief awarded priority to appellant, Robert A. Russell.

The invention relates to lacquered sheet metal caps for bottles or jars having interfolded seams enveloping the raw cut edges of the metal to prevent oxidization caused by the cut edges coming in contact with the contents of the receptacle.

The case turns upon an issue of fact involving the question of originality. Without stopping to review the evidence we agree with the Examiner and the Board that Russell is entitled to the award of priority. The decision of the Commissioner of

Patents is reversed, and the clerk is directed to certify these proceedings as by law required.                    *Reversed.*